# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **JANET McINTOSH and ASHLEY BAKER,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No.: 5:21-cv-67-TBR |
| v. | ) |
| | ) **JURY DEMAND** |
| **LOUIS DeJOY, POSTMASTER GENERAL,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR DEFAULT JUDGMENT

COME NOW the Plaintiffs, Janet McIntosh and Ashley Baker, by and through their undersigned counsel, and file their Motion for Default Judgment. Plaintiffs served all required entities on or before June 14, 2021, *see* (DN 4), making the Answer in this matter due on July 6, 2021. To date, however, no Answer or other responsive pleading has been filed. Accordingly, Plaintiffs request the Court to enter a default judgment against Defendants and to set the matter for a hearing regarding Plaintiffs' damages.

Respectfully Submitted,

  s/ D. Wes Sullenger
D. Wes Sullenger, KY BAR # 91861
   TN BPR # 021714
   IL ARDC # 6322019

Sullenger Law Office, PLLC
629 Washington Street
Paducah, KY  42003
Voice: (270) 443-9401

wes@sullengerfirm.com

*Attorney for the Plaintiffs,*

*Janet McIntosh and Ashley Baker*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of July, 2021, the foregoing was filed, via the Court's CM/ECF system, and served, via United States Mail, on:

| Postmaster General Louis DeJoy<br>475 L'Enfant Plaza SW<br>Room 4012<br>Washington, DC  20260-2200 | U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 | U.S. Attorney's Office<br>717 West Broadway<br>Louisville, KY  40202 |
|---|---|---|